IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DEBBIE DIANE WINGERT**                                                                 **PLAINTIFF**

**V.**                              **CASE NO. 5:24-CV-5241**

**COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION**                                                                         **DEFENDANT**

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the decision of the ALJ is **REVERSED** and this case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED AND ADJUDGED** on this 24th day of October, 2025.

>  /s/ Timothy L. Brooks
>  TIMOTHY L. BROOKS
>  CHIEF UNITED STATES DISTRICT JUDGE